ORDERED.

**Dated:  November 11, 2022**

_Catherine M. Ewen_

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

In re:

Chapter 7
Case No. 8:22-bk-02637-CPM

**Christine Marie Guntert,**

Debtor.

_____/

**ORDER GRANTING U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE OF TIKI SERIES IV TRUST'S MOTION
FOR RELIEF FROM THE AUTOMATIC STAY EFFECTIVE NOVEMBER 6, 2022**

**THIS MATTER** came before the Court on October 6, 2022 at 9:30a.m. upon U.S. Bank

Trust National Association, as Trustee of the Tiki Series IV Trust's Motion for Relief From the

Automatic Stay [D.E. 14] (the "Motion").  For the reasons stated on the record and the Court

being otherwise duly advised in the premises, it is, hereby

**ORDERED,** as follows:

1.    The Motion is **GRANTED**, as set forth herein.

2.    Effective November 6, 2022, the Automatic Stay as is lifted to allow U.S. Bank

Trust National Association, as Trustee of the Tiki Series IV Trust ("**Movant**"), its successors or assignees, to take all necessary steps to take possession of and exercise any and all its rights in the secured collateral described as **18063 PARROT ROAD WEEKI WACHEE, FL 34614**.

3.      This relief is in rem only in order to complete state court foreclosure proceedings through certificate of title and possession of the Property; however, Secured Creditor, its successors and/or assigns, shall not seek any in personam relief against the Debtor without further order of the Court.

4.      The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Melbalynn Fisher, Esq**.
Florida Bar No. 107698
bknotifications@ghidottiberger.com
**GHIDOTTI | BERGER, LLP**
1031 North Miami Beach Blvd.
North Miami Beach, FL 33162
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

Melbalynn Fisher, Esq., is directed to serve a conformed copy of this order upon all interested parties and shall file a Certificate of Service within 3 days from the date of this Order.